UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ROBERT H. SMITH, | ) | CASE NO. C08-0235RSL |
| Petitioner, | ) | |
| v. | ) | ORDER DENYING PETITIONER'S HABEAS PETITION WITH PREJUDICE |
| ROBERT J. PALMQUIST, | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Respondent's motion for summary judgment is GRANTED, Petitioner's cross-motion for summary judgment is DENIED, and this action is DISMISSED with prejudice; and,

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

Dated this 3rd day of September, 2008.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge